RONALD K. GOODRIDGE ET AL. *v.* ZONING BOARD
OF APPEALS OF THE BOROUGH
OF NEWTOWN ET AL.

*Donald A. Mitchell,* in support of the petition.

*Michael A. Zizka,* in opposition.

Decided October 12, 2000

RONALD K. GOODRIDGE ET AL. *v.* ZONING BOARD
OF APPEALS OF THE BOROUGH
OF NEWTOWN ET AL.

*Robert H. Hall,* in support of the petition.

*Michael A. Zizka,* in opposition.

Decided October 12, 2000

SUZANNE M. SEARLES *v.* NATALIE
SCHULMAN ET AL.

MCDONALD, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Suzanne M. Searles*, pro se, in support of the petition.